MINUTE ENTRY
JULY 17, 2014
WILKINSON, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 14-128 |
| MATTHAIOS FAFALIOS | SECTION: K |

INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT (WITH)/WITHOUT COUNSEL   GEORGE GAITAS
7210 Jickner St, Houston TX. 77055
  X  ASSISTANT U.S. ATTORNEY   EMILY GREENFIELD
  X  INTERPRETER   ATHENA KONTAXIS
Designated by Court and sworn.   Time:   2:00   PM to  2:30  P  M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE INDICTMENT WAS:
  READ, (WAIVED), SUMMARIZED
  in Greek

/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 23

X / BAIL SET AT $10,000.00 unsecured appearance bond: See attached additional conditions of release.

_____

_____

_____

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON BOND

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING / REMOVAL HEARING / (ARRAIGNMENT) IS SET FOR  held

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_____

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING / REMOVAL HEARING / ARRAIGNMENT/DETENTION HEARING / HEARING TO DETERMINE COUNSEL WITH COUNSEL_____

DEFENDANT'S NAME: <u>MATTHAIOS FAFALIOS</u>        CASE NO. <u>14-128    K</u>

## ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: _____

The defendant must:

✓ submit to supervision by and report for supervision to the ___PTS Officer___

___ continue to actively seeking employment

✓ surrender any passport to ___PTS officer___

✓ not obtain a passport or other international travel document

✓ abide by the following restrictions: Continental U.S. ___ EDLA ✓ LA ___

Other _____

___ avoid all contact with victim/witness ___ co-defendants ___

Other _____

___ medical or psychiatric treatment if directed by Pretrial Services

___ not possess firearm, destructive device or other weapon

___ not use alcohol: at all ___ excessively ___

___ not use or unlawfully possess narcotic drug/controlled substances

___ submit to testing for a prohibited substance if required by Pretrial Services

___ participate in inpatient/outpatient substance abuse therapy/counseling if directed by Pretrial Services

___ participate in location restriction program: ___ (I) Curfew

   ___ (ii) Home Detention

   ___ (iii) Home Incarceration

___ submit to location monitoring as directed by Pretrial Services

✓ report every contact with law enforcement personnel to Pretrial Services

✓ Other(s): Reside at an address approved by USPO