MINUTE ENTRY
WILKINSON, MJ
JULY 17, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL

VERSUS                                      NO. 14-128

MATTHAIOS FAFALIOS                          SECTION K

**CRIMINAL ARRAIGNMENT**

APPEARANCES: X  DEFENDANT
             X  COUNSEL FOR DEFENDANT     GEORGE GAITAS
             X  ASSISTANT U.S. ATTORNEY   EMILY GREENFIELD
             __ INTERPRETER  *Athena Kontaxis*  SWORN
                (TIME:  2:00 P.M to  2:30 P.M)

X / READING OF THE INDICTMENT: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / DEFENDANT GIVEN FOURTEEN DAYS TO FILE SPECIAL PLEADINGS

__ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

__ / BAIL SET AT _____

__ / DEFENDANT RELEASED ON NEW BOND

__ / OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **SEPTEMBER 16, 2014 AT 10:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE STANWOOD R. DUVAL, JR.**

X / TRIAL: **SEPTEMBER 22, 2014 AT 8:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE STANWOOD R. DUVAL, JR.**

MJSTAR: 00: 03