UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| | * | |
| VERSUS | * | NO. 14-128 "K" (4) |
| | * | |
| MATTHAIOS FAFALIOS | * | |

## MOTION FOR JUDGMENT OF ACQUITTAL

**COMES NOW**, Defendant Matthaios Fafalios, by and through undersigned counsel, and respectfully moves this Court for Judgment of Acquittal pursuant to Federal Rule of Criminal Procedure 29. As grounds in support of the instant motion, Defendant submits the enclosed Memorandum of Law.

Dated: New Orleans, Louisiana
December 12, 2014

CHALOS & CO, P.C.

By: /s/ George A. Gaitas
George A. Gaitas
Louisiana State Bar No.05879
Federal Bar No. 705176
Briton P. Sparkman
*Admitted Pro Hac Vice*
7210 Tickner Street
Houston, Texas 77055
Telephone: 713-574-9454
Facsimile: 866-702-4577
E-mail: gaitas@chaloslaw.com

/s/ George M. Chalos
George M. Chalos
*Admitted Pro Hac Vice*
55 Hamilton Avenue
Oyster Bay, New York 11771
Telephone: 516-714-4300
Facsimile: 866-702-4577
Email: gmc@chaloslaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 12, 2014, a true and accurate copy of the foregoing pleading was sent to all counsel of record via the Court's cm/ECF system.

     /s/ George A. Gaitas
George A. Gaitas
Louisiana State Bar No.05879