UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 14-128 "K" (4)** |
| | * | |
| **MATTHAIOS FAFALIOS** | * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE,** that the Defendant's Motion for Judgment of Acquittal will be submitted to the Honorable Judge Stanwood R. Duval at the United States Courthouse, 500 Poydras Street, New Orleans, LA 70130, at a date and time set by the Court.

Dated:  Houston, Texas
        December 18, 2014

CHALOS & CO, P.C.

By:  /s/ George A. Gaitas
     George A. Gaitas
     Louisiana State Bar No.05879
     Federal Bar No. 705176
     Briton P. Sparkman
     *Admitted Pro Hac Vice*
     7210 Tickner Street
     Houston, Texas 77055
     Telephone: 713-574-9454
     Facsimile: 866-702-4577
     E-mail: gaitas@chaloslaw.com

     /s/ George M. Chalos
     George M. Chalos
     *Admitted Pro Hac Vice*
     55 Hamilton Avenue
     Oyster Bay, New York 11771
     Telephone: 516-714-4300
     Facsimile: 866-702-4577
     Email: gmc@chaloslaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 18, 2014, a true and accurate copy of the foregoing pleading was sent to all counsel of record via the Court's cm/ECF system.

                                               /s/ George A. Gaitas
                                               George A. Gaitas
                                               Louisiana State Bar No.05879